IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| John E. Garrett | ) |
|     Plaintiff, | ) |
| | ) |
| V. | ) C.A. No. 04-863GMS |
| | ) |
| Correctional Medical Services, | ) Jury of Twelve Demanded |
| Inc. Medical Director Dr. Alie | ) |
|     Defendants. | ) |

FILED APR 14 2005

## NOTICE OF MOTION

United States District Court
844 N. King Street
Lockbox-18
Wilmington, DE. 19801-3570

Attorney General Office
820 N. French Street
Wilmington, DE 19801

Dr. Alie
Delaware Correctional Center
FCM (First Correctional Medical)
1181 Paddock Road
Smyrna, DE 19977

    PLEASE TAKE NOTICE, That the enclosed Motion for Appointment of Counsel will be presented to this Honorable Court at the earliest possible convenience.

Date 4-11-2005

*John E. Garrett*
John E. Garrett
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| John E. Garrett ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | C.A. No. 04-863GMS |
| ) | |
| Correctional Medical Services, ) | Jury of Twelve Demanded |
| Inc. Medical Director Dr. Alie ) | |
| Defendants. ) | |

## MOTION FOR APPOINTMENT OF COUNSEL

The Plaintiff, is requesting Appointment of counsel. The complaint has progressed to the stage where the possibility if not probability of trial is eminent. Knowing that there will be testimony from witnesses, and expert testimony of a Medical Nature. The Pro-Se Litigant would be at a considerable disadvantage. The Pro-Se Litigant respectfully requests this court to put the Plaintiff before the Federal Board for Appointment of Counsel. The Plaintiff is also indigent and is not well versed in the law and has used the paralegals at DCC to assist him to this point in his litigation.

Date 4-11-2005

John E. Garrett
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## Certificate of Service

I, John E. Garrett, hereby certify that I have served a true and correct cop(ies) of the attached: Notice of Motion upon the following parties/person (s):

TO: United States District Court,
844 N. King Street
Lockbox-18
Wilmington, DE. 19801-3570

TO: Attorney General Office
820 N. French Street
Wilmington, DE. 19801

TO: Dr. Alie
Delaware Correctional Center
FCM (First Correctional Medical)
1181 Paddock Road
Smyrna, DE. 19977

TO:

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 11th day of April, 2005

John E. Garrett



United States District Court
844 N. King Street
Lockbox - 18
Wilmington, De. (1980)-(3570)