John E. Garrett Jr.
158196, S-1 Building
1181 Paddock Road
Smyrna, Delaware 19977
October 31, 2005

Office of the Court Clerk
United States District Court
844 King Street, Lockbox 18
Wilmington, Delaware 19801

FILED
NOV 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: Request for Information,
    Civil Action # 04-863 GMS

Dear Clerk:

    I am contacting you to request a court docket, or information concerning its current status, of the above case.
    I would greatly appreciate your assistance with this request.

Respectfully,
John E. Garrett Jr.



FROM John E. Garrett Jr.
SBI# 158196 UNIT 5-1
DELAWARE CORRECTIONAL CENTER
181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Court Clerk
United States District Court
844 King Street lch box 18
Wilmington, Delaware
19801

Legal Mail