IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN GARRETT | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No.  04-863 GMS |
| | ) | |
| DR. ALIE | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

WHEREAS, on July 14, 2004, the plaintiff filed a Complaint against the above-captioned defendant;

WHEREAS, on January 26, 2005, a waiver of service executed as to the defendant was filed with the court;

WHEREAS, the defendant's answer to the Complaint was due on March 28, 2005,

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

The defendant will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.


November 3, 2005                                             /s/ Gregory M. Sleet
                                                                          UNITED STATES DISTRICT JUDGE