# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN GARRETT | ( |
| Plaintiff | ( Civil Action No. 04-863-GMS |
| V. | ( |
| DR. ALIE | ( |
| Defendant | ( |

## MOTION FOR SUMMARY JUDGEMENT

WHEREAS, the Plaintiff filed a Complaint on July 14, 2004 against the above captioned Defendant, and the waiver of service executed as to the Defendant was filed with the Court on January 26, 2005

WHEREAS, The Court has not received an answer to the Complaint which was due on March 28, 2005.

WHEREAS, The Court has ordered the Defendant to answer the Complaint within 5 days from the date of November 3, 2005 and the Defendant as of November 25, 2005 still has not answered.

The Plaintiff Respectfully requests after a service of a motion for Summary Judgment on the Defendant's move for a Judgment in the Plaintiffs favor upon all claims.

FILED
NOV 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully,

*John Garrett* (signature)
John Garrett # 158196
1181 Paddock Road
Delaware Correctional Center
Smyrna, De 19977

November 21, 2005

## Certificate of Service

I, _John Garrett_, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion For Summary Judgement_ upon the following parties/person (s):

TO: _Dr Alie_
_Delaware Correctional Center_
_1181 Paddock Rd._
_Smyrna, Del. 19977_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _21_ day of _November_, 2005

_John Garrett_



WILMINGTON DE 198
PM 23 NOV 2005

I/M JoHn GaRRett
SBI# 158196 UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

OFFice oF The clerk
United STaTes DisTRicT CouRT
844 NoRTh King STReeT, Lock box 18
WiLmingTon, Delaware
19801-3570