IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHN GARRETT            )
                        )
        Plaintiff       )
                        )
v.                      )   Civil Action No. 04-863 GMS
                        )
DR. ALIE                )
                        )
        Defendant.      )

### ENTRY OF DEFAULT

It appearing from the file in this office that a waiver of service of summons was filed showing service on the defendant on February 18, 2005 and that said defendant has failed to file a pleading or otherwise defend, default is entered pursuant to Federal Rule of Civil Procedure 55(a).

PETER T. DALLEO, Clerk of Court

Dated: December 21, 2005

By: April Walker, Deputy Clerk



FILED
DEC 2 1 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE