John Garrett
158196, S-1 Building
1181 Paddock Road
Smyrna, Delaware 19977
July 14, 2006

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 JUL 25 PM 2:00

Honorable Judge Gregory M. Sleet
United States District Court
844 N. King Street, Lockbox 19
Wilmington, Delaware 19801

RE: Garrett v. Alie, 1:04-CV-863

Dear Sir:

I am contacting you to request the status of the above captioned case. Since, your December 20, 2005 order, granting entry of default judgement, on my behalf, I have received no information. The only documents I have been sent, is a copy of that order, which I received on December 22, 2005.

I would greatly appreciate any assistance you are willing to provide. Thank you, in advance for your time and consideration of this matter.

Respectfully, John Garrett

I/M John Garnett
SBI# 158196  UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 JUL 25  PM 2:00

Prothonotary Office
United States District Court
844 North King Street, Lock Box 19
Wilmington, Del.
19801-3570

Legal mail

WILMINGTON DE 197