OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 25, 2006

John Garrett
#158196, S-1 Building
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    **RE:  Garrett v. Alie**
          **Civil Action No. 04-863 GMS**
          <u>**Letter dated July 25, 2006**</u>

Dear Mr. Garrett:

    The above referenced letter has been received by this office requesting assistance regarding your Section 1983 Prisoner Civil Rights action. Be advised that this office is unable to render legal advice and therefore we are unable to assist you.

                                          Sincerely,

                                          PETER T. DALLEO
                                          CLERK