John Garrett
158196, S-1 Building
1181 Paddock Road
Smyrna, Delaware 19977
July 30, 2006

Peter T. Dalleo, Clerk
Office of the Clerk
United States District Court
Lockbox 18
844 King Street
United States Courthouse
Wilmington, Delaware 19801

RE: Garrett v. Ali
   Civil Action No. 04-863-GMS.
   Letter dated July 25, 2006

Dear Mr. Dalleo:

I am in receipt of your response to the above captioned letter, dated July 25, 2006. Unfortunately, I believe you may have misinterpreted what was being asked for, in my original letter. I was not requesting legal advice, concerning my civil action.

However, I was asking for your assistance in finding out my cases current status. This is in the scope of your offices duties and can be carried out by one of two actions. The first being, to access the file and inform me of the current status of the case by letter.

The second, being to simply supply me with a current copy of my court docket. It is the current course of action, I am requesting. I would appreciate your sending a copy of my court docket to me, so that I may consider possible future actions.

Thank you, in advance for your time, and assistance.

Sincerely, John Garrett

I/M John Garrett
SBI# 158196   UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
31 JUL 2006 PM 2 L

Peter T. Dalleo, Clerk
Office of the Clerk
United States District Court
Lockbox 18
844 King Street
U.S. Courthouse
Wilmington, De. 19801

Legal Mail