IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN GARRETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 04-863-GMS |
| | ) |
| DR. ALIE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 24th day of April, the plaintiff filing a letter with the court on August 1, 2006, and more than three months having passed since the plaintiff took any action in this case;

THEREFORE, at Wilmington this 24th day of April, 2007, IT IS HEREBY ORDERED that on or before May 24, 2007, Plaintiff shall show cause why this case should not be dismissed for failure to prosecute, pursuant to D. Del. LR 41.1.

UNITED STATES DISTRICT JUDGE

FILED

APR 2 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE