IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| John Garrett, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-863-GMS |
| | ) | |
| Dr. Alie, | ) | |
| Defendant. | ) | |

### Response to the show cause order of the Court



1. An entry of Default was entered by the Court on the Plantiff's behalf on December 21, 2005

2. The Plantiff, acting pro se, failed to recognize that he had a responsibility to take further action on his part by filing a motion by applying to the Court for a motion a Summary Judgement under Rule 56 of the District Court's Rule of Civil Procedure.

3. The Plantiff prays that the court will entertain the accompanying motion.

Submitted this 21 day of May, 2007.

_____
John Garrett, SBI #158196
Delaware Correctional Center
1181 Paddock road
Smyrna, DE 19977

# Certificate of Service

    I, John Garrett hereby certify that I have served a true and correct copy(ies) of the attached Response to Show Cause upon the following parties/persons:

| | |
|---|---|
| To: Dr. Alie (Left with the Court Clerk in accordance with | To: |
| To: Rule 5 (2) (C) ) | To: |
| To: | To: |

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 21 day of May, 2007

*John Garrett*

John Garrett

SBI # 158196

