IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| John Garrett, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-863-GMS |
| | ) | |
| Dr. Alie, | ) | |
|     Defendant. | ) | |

**Motion for Default Judgment**



FILED
MAY 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1. An entry of Default was entered on the Plaintiff's behalf on December 21, 2006.

2. The Plaintiff seeks a judgment to be determined by the Court in accordance with his complaint which sought a relief from the physical imparity on his finger and some fair compensation for the pain and suffering he has undergone.

3. The Plaintiff asks the Court to hold a hearing in accordance with Rule 55, Federal Rules of Civil Procedure, to determine the amount of compensation that should be awarded to the Plaintiff.

4. The Plaintiff asks the Court to assess court costs against the Defendant.

Submitted this 21 day of May, 2007.

_John Garrett_
John Garrett, SBI #158196
Delaware Correctional Center
1181 Paddock road
Smyrna, DE 19977

# Certificate of Service

    I, John Garrett hereby certify that I have served a true and correct copy(ies) of the attached Motion Default Judgment upon the following parties/persons:

| | |
|---|---|
| To: Dr. Alie (Left with the Court Clerk in accordance with | To: |
| To: Rule 5 (2) (C) ) | To: |
| To: | To: |

BY PLACING IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correction Center, Smyrna, DE 19977.

On this 21 day of May, 2007

_____ John Garrett

John Garrett

SBI # 158196