IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN GARRETT, | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 04-863-GMS |
| DR. ALIE, | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 2nd day of August, 2007, the plaintiff previously having been ordered to show cause why this case should not be dismissed for failure to prosecute, the plaintiff advising he did not realize he had a responsibility to take further action, and the plaintiff filing contemporaneously with the response a motion for default judgment (D.I. 22, 23, 24);

THEREFORE, at Wilmington this 2nd day of August, 2007, IT IS HEREBY ORDERED that cause has been shown why this cause should not be dismissed for failure to prosecute.

UNITED STATES DISTRICT JUDGE

FILED

AUG - 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE