IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN GARRETT, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-863 GMS |
| DR. ALIE, | : |
| Defendant. | : |

### ORDER

At Wilmington this 24th day of October 2007, the Clerk of Court having issued a default in appearance against the defendant Dr. Ali pursuant to Fed. R. Civ. P. 55(a) (D.I. 17), and the plaintiff moving for default judgment and hearing (D.I. 24);

IT IS HEREBY ORDERED that:

1. A default hearing will be heard on December 11, 2007, at 9:30 a.m. in Courtroom 4A, United States Courthouse, 844 N. King Street, Wilmington, Delaware;

2. The Attorney General for the State of Delaware will make all necessary arrangements for the security and transportation of the plaintiff, John Garrett, who is in state custody, to and from place of incarceration (Delaware Correctional Center) and the Courthouse.

3. The Clerk will mail a copy of this Order to the plaintiff at Delaware Correctional Center, Smyrna, Delaware, and to the Attorney General, Department of Justice, State of Delaware.

CHIEF, UNITED STATES DISTRICT JUDGE

FILED
OCT 24 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE