802 Ridge Court
Middletown, DE 19709
December 7, 2007

The Honorable Gregory M. Sleet
Chief Judge of the U.S. District Court of Delaware
844 N. King Street
Wilmington, DE. 19801

**Re: Garrett Vs. Gombeh-Alie**

To the Honorable Chief Judge Sleet:

I am writing to respectfully request that the hearing in the above captioned case be continued in order to investigate service of process.
I have never been served on this case and was not even aware of its existence until last week.

I thank you very much in advance, for your kind consideration in this matter. I can be reached via mail at the address above or via phone at 302-378-8655 (Home) or 302-233-6237 (cell).

Sincerely,

*[signature]* MD
Sitta B. Gombeh-Alie, MD

FILED
DEC - 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



DATE: 12/7/07

TO: Chief Judge Sleet

PHONE NUMBER: 302-573-6470

FAX NUMBER: 302-573-6472

FROM: Dr. Gombeh-Alie

PHONE NUMBER: 302-233-6237

TOTAL NUMBER OF PAGES (INCLUDING COVER)  2

RE: Garrett vs. Gombeh-Alie

This message, including any accompanying documents or attachments, may contain information that is confidential or that is privileged. If you are not the intended recipient of this message, please note that the dissemination, distribution, use or copying of this message or any of the accompanying documents or attachments is strictly prohibited. If you believe that you may have received this message in error, please contact me at the phone number listed above.

FIL
DEC -7