John Harrett
158196, S-1 Building
181 Paddock Road
Smyrna, Delaware 19977
December 11, 2007

12-11-07

04-863 (Gms)

Office of the Court Clerk
United States District Court
844 North King Street
Lockbox 18
Wilmington, Delaware 19801-3570

RE: Oral Arguments

Dear Sir:



FILED
DEC 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

I am contacting you to request information concerning the hearing for oral arguments, which was scheduled for today. 12-11-07

When I was not notified to prepare for transport to the court, I contacted staff here, who after checking with court transit, notified me that I was not on the transport list.

I hope that if the hearing was held that the failure of the Department of Corrections to transport me will not be detrimental to my case, and the hearing can be rescheduled.

However, if this is not the case and the hearing

(over)

was simply rescheduled by the court, I would ask that I be notified of the rescheduling, to enable me to properly prepare and be ready to appear.

Finally, I wish to thank you for your time and assistance in this matter.

Respectfully,
*John Garrett*

John GARRETT



IM John Garrett
SBI# 00158196 UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of The clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington Delaware
19801-3570