IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHN GARRETT                              :
                                          :
            Plaintiff,                    :
                                          :
      v.                                  :   Civil Action No. 04-863 GMS
                                          :
DR. ALIE                                  :
                                          :
            Defendant.                    :

## ORDER

At Wilmington this 19th day of December 2007, the Clerk of Court having issued a default in appearance against the defendant Dr. Ali pursuant to Fed. R. Civ. P. 55(a) (D.I. 17), and the plaintiff moving for default judgment and hearing (D.I. 24);

IT IS HEREBY ORDERED that:

1. The default hearing is rescheduled to **Thursday, January 10, 2008, at 9:30 a.m.** in Courtroom 4A, United States Courthouse, 844 N. King Street, Wilmington, Delaware;

2. The Attorney General for the State of Delaware will make all necessary arrangements for the security and transportation of the plaintiff, John Garrett, who is in state custody, to and from place of incarceration (Delaware Correctional Center) and the Courthouse.

3. The Clerk will mail a copy of this Order to the plaintiff at Delaware Correctional Center, Smyrna, Delaware, the defendant Dr. Sitta B. Gombeh-Alie at her last known address, and to the Attorney General, Department of Justice, State of Delaware.

FILED
DEC 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
CHIEF, UNITED STATES DISTRICT JUDGE