IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN GARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-863-GMS |
| | ) | |
| DR. ALIE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this 20th day of Dec., 2007,

This matter is scheduled for a hearing on default on January 10, 2008, at 9:30 a.m. At that time, the court will conduct an inquiry on the issue of damages to ensure there is a basis for same. Accordingly, the plaintiff shall be prepared to present evidence of damages at the hearing on default set for January 10, 2008.

SO ORDERED.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED

DEC 20 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE