IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN GARRETT | : |
|     Plaintiff | : |
| v. | : Civil Action No. 04-863 GMS |
| DR. ALIE | : |
|     Defendant | : |

**ORDER REFERRING MATTER FOR REPRESENTATION**

At Wilmington, this ___10th___ day of January 2008, the court having determined that the plaintiff is appearing in this matter *pro se* because the plaintiff is unable to afford legal representation; and having further determined that it is appropriate to encourage legal representation for the plaintiff by an attorney,

IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to attempt to refer representation of the plaintiff to a member of the Federal Civil Panel; and

2. The Court's Standing Order regarding the establishment of a Federal Civil Panel to provide legal representation to indigent parties in certain civil litigation is incorporated herein by reference.

_____
CHIEF UNITED STATES DISTRICT JUDGE

FILED
JAN 10 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE