**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JOHN GARRETT | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-863-GMS |
| | ) | |
| DR. ALIE | ) | |
| | ) | |
| Defendant. | ) | |

# SEALED EXHIBIT A