John Garrett
158196, S-1 Building
1181 Paddock Road
Smyrna, Delaware 19977
January 28, 2008

04-863 (GMS)

Office of the Clerk
U.S. District Court
844 North King Street
Lockbox 18
Wilmington, Delaware 19801

RE: John Garrett V. Dr. Ali
    C.A. No. 04-863-GMS

FILED
JAN 30 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Dear Clerk:

    I am contacting you to request a copy of my court docket, in reference to the above captioned case. The reason for this request is to verify the defendant, Dr. Ali's compliance with this court's order to retain representation by 4:00 pm., the following day of order.

    In closing, thank you, in advance, for your time and assistance in this matter.

Respectfully,
John Garrett

I/M John Barrett
SBI# 158196    UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
29 JAN 2008 PM 2 L

U.S.M.
X-RAY

Office of the Clerk
U.S. District Court
844 N. King Street
Lockbox 18
Wilm., De. 19801-3570

19801+3570