OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

January 31, 2008

TO: John Garrett
    SBI# 00158196
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

**RE:** *Request for Copy of* **Docket, CA 04-863(GMS)**

Dear Mr. Garrett:

A letter has been received by the Clerk's office from you requesting a copy of the docket sheet in the above noted civil action.

A copy of the docket requested is enclosed, free of charge for this request. Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork (including docket sheets) is fifty ($.50) cents per page. ***Should you require copywork in the future***, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet
enc: Docket Sheet