IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN GARRETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-863-GMS |
| | ) |
| DR. ALIE, | ) |
| | ) |
| Defendants. | ) |

**ORDER RECOGNIZING REPRESENTATION**

The Court recognizes that Julia Heaney, Esquire, has agreed to represent plaintiff John Garrett, as counsel of record in the above captioned case. Counsel's representation shall remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court.

DATE: Feb 19, 2008

_____
United States District Judge



FILED

FEB 19 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE