IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN GARRETT ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 04-863 GMS |
| ) | |
| DR. ALIE ) | |
| ) | |
| Defendant. ) | |

**ORDER**

At Wilmington this 19th day of February 2008,

IT IS HEREBY ORDERED that:

The defendant, Dr. Alie, shall show cause no later than March 3, 2008, why an entry of default should not be reinstated against her for failure to obtain representation and file an answer to the complaint.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED
FEB 19 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE