UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN GARRETT, ) | |
| ) | Case No. 004-863 |
| Plaintiff, ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| DR. ALIE, ) | |
| ) | |
| Defendant. ) | |

--------------------------------------------------------

**NOTICE OF SERVICE OF DEFENDANT'S FIRST SET OF
INTERROGATORIES DIRECTED TO PLAINTIFF**

I, James Drnec, hereby certify that on the 26th day of March 2008, two copies of

DEFENDANT'S FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF

were served via first class mail to:

Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market St.
P.O. Box 1347
Wilmington, DE 19899-1347

BALICK & BALICK L.L.C.


    /s/ James E. Drnec
James E. Drnec (DE Bar # 3789)
711 King Street
Wilmington, DE 19801
(302) 658-4265
Attorneys for Sitta Gombeh-Alie, M.D.