UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN GARRETT,              )<br>                                          )<br>          Plaintiff,           )<br>     v.                              )<br>                                          )<br>DR. ALIE,                        )<br>                                          )<br>          Defendant.       )<br>------------------------------------------------------- | Case No. 004-863<br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE OF
## DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION OF
## DOCUMENTS DIRECTED TO PLAINTIFF

I, James Drnec, hereby certify that on the 26th day of March 2008, two copies of

DEFENDANT'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS

DIRECTED TO PLAINTIFF were served via first class mail to:


Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market St.
P.O. Box 1347
Wilmington, DE 19899-1347

             BALICK & BALICK L.L.C.


             _____/s/ James E. Drnec_____
             James E. Drnec (DE Bar # 3789)
             711 King Street
             Wilmington, DE 19801
             (302) 658-4265
             Attorneys for Sitta Gombeh-Alie, M.D.