4-1-08

This is to start payments for court costs for case No- 04-863-GMS. I will be sending in a payment of $3.23 every month.

Respectfully
John Garrett
SBI 158196

Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware (19977)

I/M John GARRett
SBI# 158196  UNIT S-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
04 APR 2008 PM 2 L

Office of The clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington Delaware
19801-3570