UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN GARRETT,          ) | |
| ) | Case No. 004-863 GMS |
| Plaintiff,   ) | JURY TRIAL DEMANDED |
| v.          ) | |
| ) | |
| DR. ALIE,          ) | |
| ) | |
| Defendant.   ) | |

## ORDER

AND NOW, this _____ day of _____, 2008, the Court having considered Dr. Alie's Motion for Leave to File Third Party Complaint, and all opposition thereto, it is hereby ordered that the Motion is GRANTED.

_____
J.