UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN GARRETT, ) | |
| ) | Case No. 004-863 GMS |
| Plaintiff, ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| DR. ALIE, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 7.1.1

I, James E. Drnec, Esquire, certify that I have made a reasonable effort to reach agreement with opposing counsel on the matters set forth in Dr. Alie's Motion for Leave to File Third Party Complaint.

_____
James E. Drnec (DE 3789)