IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN GARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-863 (GMS) |
| | ) | |
| DR. ALIE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

WHEREAS, the Court has reviewed plaintiff John Garrett's Motion for Leave to Amend the Complaint (the "Motion") arguments made thereupon, and any opposition thereto;

IT IS SO ORDERED, this ____ day of _____, 2008, pursuant to Federal Rules of Civil Procedure 15(a), that the Motion is granted, and plaintiff John Garrett's First Amended Complaint as set forth in Exhibit 1 to the Motion is deemed filed and served on defendant Dr. Alie.

_____
United States District Judge