(Rev. 4/97)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

_John Garrett_
(Enter above the full name of the plaintiff in this action)

V.

_Dr. Ali_

(Enter above the full name of the defendant(s) in this action

I.  Previous lawsuits

   A. Have you begun other lawsuits in state or federal courts dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   YES [☒]    NO [X]

   B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit

   Plaintiffs _N/A_

   Defendants _N/A_

2. Court (if federal court, name the district; if state court, name the county)

    N/A.

3. Docket number    N/A.

4. Name of judge to whom case was assigned    N/A.

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

    N/A.

6. Approximate date of filing lawsuit    N/A.

7. Approximate date of disposition    N/A.

II.  A.  Is there a prisoner grievance procedure in this institution? Yes [X] No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes [X] No [ ]

C. If your answer is YES,

   1. What steps did you take? Did a Medical Grievance.

   2. What was the result? Was scheduled to Doctor in institution

D. If your answer is NO, explain why not _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes [ ] No [ ]   N/A

F. If your answer is YES,

   1. What steps did you take? _____

   2. What was the result? _____

III.  Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.  Name of Plaintiff  John Garrett

Address  Delaware Correctional Center.
1181 Paddock Road - Smyrna, De. 19977

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and place of employment of any additional defendants.)

B.  Defendant  Dr. ALie  is employed as  Doctor  at  Delaware Correctional Center.

C.  Additional Defendants _____

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

I got hurt on June 2nd, 2003. On June 7th Ex-Rays were taken, on June 10th Ex-Rays were taken again because the first Ex-Rays were so dark that they couldn't be read. On June 19th the Ex-Ray report came back stating that my finger was dislocated, Doct

-3-

Alice. They gave me a shot of novacaine to numb it and proceded to pop it back in place, she thought she had done so. On June 24th they Ex-Rayed my finger again. I saw Doctor Alie again on June 30th and she said that the Ex-Ray report was not back yet. On July 2nd i saw anoughter doctor who did nothing but order anoughter Ex-Ray and refured me to see Doctor Alie again on July 8th they Ex-Rayed my finger again. On July 16th i was on the list to see Doctor Ali but they had scheduled to many people to see her the same day. They told several of us that we would be rescheduled for July 21st. On July 28th i still haden't been rescheduled. A few days later i saw Doctor Alie just by chance and asked her about my finger, and she said she would have to reschule me to see her. On Aug 4th i saw Doctor Alie again by chance and gave her my name + SBI number, she said she would have to check my medical file. Finally on Sept 23 i was taken out to see a arthurpedic surgon. He said their was nothing he could do because to much time had passed. He said my finger should have been poped back in place a couple of days after it happened. The arthurpedic surgon said that it might be possible through suagery to fix my finger. The finger dislocated is on my right hand, and i am right handed, just about everthing i do my finger gets in the way because i can't

Bend it Aroud it Gives me consistint pain. I can't even shake hands with out pain in my finger. Even when i am sleeping and bump my finger i wake right up because f the pain. plus my finger stays constintly swelled.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I would like to have my Finger Fixed, And some Fair compensation For Pain + suffering And Legal expenes

Signed this 21 day of September, 2004

_John Garrett_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

6/21/2004
Date

_John Garrett_
(Signature of Plaintiff)

-4-