# SEALED DOCUMENT

```
            CONFIDENTIAL
   SUBJECT TO 18 DEL. C. SECTION 6853


    THIS DOCUMENT MAY ONLY BE VIEWED
    BY A JUDGE OF THE DISTRICT COURT
```