UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN GARRETT,       )<br>                     )<br>     Plaintiff,    )<br>   v.                )<br>                     )<br> DR. ALIE,           )<br>                     )<br>     Defendant.     )<br>------------------------------------- | Case No. 004-863 GMS<br>JURY TRIAL DEMANDED |

# **ORDER**

AND NOW, this _____ day of _____, 2008, the Court having considered Dr. Alie's Motion to Determine Sufficiency of Affidavit of Merit Pursuant to 18 *Del. C.* § 6853, and all opposition thereto, it is hereby ordered that the Motion is GRANTED.

_____
J.