## CERTIFICATE OF SERVICE

I, James Drnec, hereby certify that on the 4th day of June 2008, the foregoing Dr. Alie's Motion to Determine Sufficiency of Affidavit of Merit Pursuant to 18 Del. C. § 6853 was filed via CM/ECF and served upon the following:

> Julia Heaney, Esquire
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 North Market St.
> P.O. Box 1347
> Wilmington, DE 19899-1347

>           /s/ James E. Drnec
>     James E. Drnec, Esquire (#3789)