IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN GARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-863 (GMS) |
| | ) | |
| DR. ALIE, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of (1) *Plaintiff's First Set of Interrogatories Directed to Defendant* and (2) *Plaintiff's First Set of Requests For Production of Documents Directed to Defendant* were caused to be served on June 6, 2008 upon the counsel of record as indicated below:

**BY HAND DELIVERY
AND ELECTRONIC MAIL**

James E. Drnec
BALICK & BALICK, LLC
711 N. King Street
Wilmington, DE 19801

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paul Saindon*
_____
Julia Heaney (#3052)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
psaindon@mnat.com
  *Attorneys for Plaintiff John Garrett*

June 6, 2008

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 6, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>James E. Drnec
>BALICK & BALICK, LLC

and that copies were caused to be served upon the following individuals in the manner indicated:

**BY HAND DELIVERY**
**AND ELECTRONIC MAIL**

James E. Drnec
BALICK & BALICK, LLC
711 N. King Street
Wilmington, DE 19801


*/s/ Paul Saindon*

Paul Saindon (#5110)
psaindon@mnat.com