UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN GARRETT,                )  | |
|                              )  | Case No. 004-863 |
|        Plaintiff,            )  | JURY TRIAL DEMANDED |
|   v.                         )  | |
|                              )  | |
| DR. ALIE,                    )  | |
|                              )  | |
|        Defendant.            )  | |

-------------------------------------------------------

**NOTICE OF SERVICE OF DEFENDANT DR. SITTA GOMBEH-ALIE'S
DISCLOSURES PURSUANT TO RULE 26**

I, James Drnec, hereby certify that on the 26th day of March 2008, two copies of

**DEFENDANT DR. SITTA GOMBEH-ALIE'S DISCLOSURES PURSUANT TO**

**RULE 26** were served via first class mail to:


Julia Heaney, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market St.
P.O. Box 1347
Wilmington, DE 19899-1347

                        BALICK & BALICK L.L.C.


                        /s/ James E. Drnec
                    James E. Drnec (DE Bar # 3789)
                    711 King Street
                    Wilmington, DE 19801
                    (302) 658-4265
                    Attorneys for Sitta Gombeh-Alie, M.D.