IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN GARRETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-863 (GMS) |
| | ) |
| DR. ALIE, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of (1) *Plaintiff's Responses to Defendant's First Set of Requests for Production of Documents* and (2) *Plaintiff's Responses to Defendant's First Set of Interrogatories* and (3) *Plaintiff John Garrett's Initial Disclosures Pursuant To Fed. R. Civ. P. 26(A)(1)* were caused to be served on June 16, 2008 upon the counsel of record as indicated below:

**BY ELECTRONIC MAIL**

James E. Drnec
BALICK & BALICK, LLC
711 N. King Street
Wilmington, DE  19801

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Paul Saindon (#5110)*
_____
Julia Heaney (#3052)
Paul Saindon (#5110)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
psaindon@mnat.com
  *Attorneys for Plaintiff John Garrett*

June 16, 2008

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 16, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

> James E. Drnec
> BALICK & BALICK, LLC

and that copies were caused to be served upon the following individuals in the manner indicated:

**BY ELECTRONIC MAIL**

James E. Drnec
BALICK & BALICK, LLC
711 N. King Street
Wilmington, DE  19801


*/s/ Paul Saindon (#5110)*

Paul Saindon (#5110)
psaindon@mnat.com