# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| John Garrett, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 04-863-GMS |
| | : | |
| Dr. Alie, | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **20**th day of **June, 2008**.

IT IS ORDERED that the Mediation Conference scheduled for June 20th, 2008 is hereby CANCELED.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____

UNITED STATES MAGISTRATE JUDGE