UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN GARRETT, | ) | |
| | ) | Case No. 004-863 GMS |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| DR. ALIE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 17th day of July, 2008, the Court having considered Dr. Alie's Motion for Leave to File Third Party Complaint, and all opposition thereto, it is hereby ordered that the Motion is GRANTED.

_____
J.

FILED
JUL 17 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE