IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN GARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-863 (GMS) |
| | ) | |
| DR. ALIE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

WHEREAS, the Court has reviewed plaintiff John Garrett's Motion for Leave to Amend the Complaint (the "Motion") arguments made thereupon, and any opposition thereto;

IT IS SO ORDERED, this 17th day of July, 2008, pursuant to Federal Rules of Civil Procedure 15(a), that the Motion is granted, and plaintiff John Garrett's First Amended Complaint as set forth in Exhibit 1 to the Motion is deemed filed and served on defendant Dr. Alie.

_____
United States District Judge

FILED
JUL 17 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE