IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN GARRETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 04-863 (GMS) |
| | ) |
| DR. ALIE, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

The parties to the above-captioned action hereby stipulate to the dismissal with prejudice of all claims in the above-captioned action.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
  *Attorneys for Plaintiff John Garrett*

BALICK & BALICK, LLC

*/s/ James E. Drnec (#3789)*

James E. Drnec (#3789)
711 N. King Street
Wilmington, DE 19801
(302) 658-1682
jdrnec@balick.com
  *Attorneys for Defendant Dr. Alie*

2416165

SO ORDERED this _____ day of _____, 2008.

_____
United States District Court Chief Judge